# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFESPRING CHURCH, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-22-00863-JD<br>) |
| BROTHERHOOD MUTUAL<br>INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case. [*See* ADR Report, Doc. No. 29]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 3rd day of January 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE