IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFESPRING CHURCH, § § Plaintiff, § § v. § § BROTHERHOOD MUTUAL § INSURANCE COMPANY, § § Defendant. § | CASE NO. 5:22-cv-00863-JD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lifespring Church and Defendant Brotherhood Mutual Insurance Company, hereby stipulate to a dismissal with prejudice of all claims and causes of action asserted by Plaintiff in the above-styled case. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

*s/ Benjamin D. Doyle*
BENJAMIN D. DOYLE
Okla. State Bar No.: 33346
STOCKARD, JOHNSTON,
BROWN, NETARDUS & DOYLE, P.C.
P.O. Box 3280
Amarillo, Texas 79116-3280
(806) 372-2202 – Telephone
(806) 379-7799 – Fax
bdoyle@sjblawfirm.com

Geoffrey Tabor
Ward & Glass, LLP
1601 36th Ave NW
Norman, OK 73072
geoffrey@wardglasslaw.com
**ATTORNEYS FOR PLAINTIFF**

 */s/ Michael W. Brewer (with permission)*
MICHAEL W. BREWER, OBA #11769
WILLIAM W. WHITEHURST, OBA #34820
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, Oklahoma 73131
Telephone:   (405) 605-9000
Fax:            (405) 605-9010
Email:         mbrewer@hbokc.law
                  wwhitehurst@hbokc.law
**ATTORNEYS FOR DEFENDANT**